DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

KENTREIA MICHELLE RUSSELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1552
_____

June 12, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.
_____

Opinion subject to revision prior to official publication.